# Exhibit B

**Loss Chart**
Losses of Andrew Goodwin in Aceto Corporation (ACET)

| | | | | | | | Aceto Investor Group | | |
|---|---|---|---|---|---|---|---|---|---|
| **Client Name** | Andrew Goodwin | | | | | | | | |
| **Company Name** | Aceto Corporation | **90 Day Lookback Average** | $3.0328 | **LIFO Loss Total** | $20,398.14 | | **LIFO Loss** | *Dura* **LIFO Loss** | **Shares Retained** |
| **Ticker Symbol** | ACET | | | *Dura* **LIFO Total** | $20,398.14 | Andrew Goodwin | $20,398.14 | $20,398.14 | 4,200 |
| **Class Period Start** | 8/25/2017 | | | **Shares Retained** | **4,200** | Robert Herpst | $21,167.66 | $21,167.66 | 5,000 |
| **Class Period End** | 4/18/2018 | | | | | Joseph Mun | $16,903.09 | $16,903.09 | 3,503 |
| | | | | | | Charles Bouley | $12,663.74 | $12,663.74 | 2,400 |
| | | | | | | Stephen Cornell | $8,425.00 | $8,425.00 | 2,000 |
| | | | | | | **TOTAL** | $79,557.63 | $79,557.63 | 17,103 |

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/28/2018 | 4,200 | $7.3400 | $30,828.0000 | 4/23/2018 | 4,200 | $2.4833 | | $10,429.86 | - | 3.032826087 | $ - | $20,398.1400 | $20,398.1400 |
| **TOTAL:** | **4,200** | | **$30,828.00** | | **4,200** | | | **$10,429.86** | **-** | | **$ -** | **$20,398.14** | **$20,398.14** |

* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
** Disregarding intra-class period gains and losses.

**Loss Chart**
Losses of Robert Herpst in Aceto Corporation (ACET)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Client Name** | Robert Herpst | | | | **LIFO Loss Total** | **$21,167.66** | |
| **Company Name** | Aceto Corporation | **90 Day Lookback Average** | $3.0328 | | *Dura* **LIFO Total** | **$21,167.66** | |
| **Ticker Symbol** | ACET | | | | **Shares Retained** | **5,000** | |
| **Class Period Start** | 8/25/2017 | | | | | | |
| **Class Period End** | 4/18/2018 | | | | | | |

**Account 1**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2018 | 1,000 | $7.0000 | $7,000.0000 | | | | | | 1,000 | 3.032826087 | $ 3,032.83 | $3,967.1739 | $3,967.1739 |
| 2/22/2018 | 1,000 | $7.1200 | $7,120.0000 | | | | | | 1,000 | 3.032826087 | $ 3,032.83 | $4,087.1739 | $4,087.1739 |
| 3/1/2018 | 1,000 | $6.9900 | $6,990.0000 | | | | | | 1,000 | 3.032826087 | $ 3,032.83 | $3,957.1739 | $3,957.1739 |
| **TOTAL:** | **3,000** | | **$21,110.00** | | **-** | | | **$0.00** | **3,000** | | **$ 9,098.48** | **$12,011.52** | **$12,011.52** |

**Account 2**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2018 | 1,000 | $7.1000 | $7,100.0000 | | | | | | 1,000 | 3.032826087 | $ 3,032.83 | $4,067.1739 | $4,067.1739 |
| **TOTAL:** | **1,000** | | **$7,100.00** | | **-** | | | **$0.00** | **1,000** | | **$ 3,032.83** | **$4,067.17** | **$4,067.17** |

**Account 3**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2018 | 1,000 | $7.1200 | $7,120.0000 | | | | | | 1,000 | 3.032826087 | $ 3,032.83 | $4,087.1739 | $4,087.1739 |
| **TOTAL:** | **1,000** | | **$7,120.00** | | **-** | | | **$0.00** | **1,000** | | **$ 3,032.83** | **$4,087.17** | **$4,087.17** |

**Account 4**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2018 | 250 | $7.0400 | $1,760.0000 | | | | | | 250 | 3.032826087 | $ 758.21 | $1,001.7935 | $1,001.7935 |
| **TOTAL:** | **250** | | **$1,760.00** | | **-** | | | **$0.00** | **250** | | **$ 758.21** | **$1,001.79** | **$1,001.79** |

* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
** Disregarding intra-class period gains and losses.

**Loss Chart**

Losses of Joseph Mun in Aceto Corporation (ACET)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Client Name** | Joseph Mun | | | | **LIFO Loss Total** | $16,903.09 | |
| **Company Name** | Aceto Corporation | **90 Day Lookback Average** | $3.0328 | | *Dura* **LIFO Total** | $16,903.09 | |
| **Ticker Symbol** | ACET | | | | **Shares Retained** | 3,503 | |
| **Class Period Start** | 8/25/2017 | | | | | | |
| **Class Period End** | 4/18/2018 | | | | | | |

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/25/2017 | 250 | $11.3100 | $2,827.5000 | | | | | | 250 | 3.032826087 | $ 758.21 | $2,069.2935 | $2,069.2935 |
| 10/30/2017 | 250 | $10.2700 | $2,567.5000 | | | | | | 250 | 3.032826087 | $ 758.21 | $1,809.2935 | $1,809.2935 |
| 12/29/2017 | 3 | $10.3200 | $32.5493 | | | | | | 3 | 3.032826087 | $ 9.57 | $22.9837 | $22.9837 |
| 2/2/2018 | 1,000 | $8.0000 | $8,000.0000 | | | | | | 1,000 | 3.032826087 | $ 3,032.83 | $4,967.1739 | $4,967.1739 |
| 2/22/2018 | 2,000 | $7.0500 | $14,100.0000 | | | | | | 2,000 | 3.032826087 | $ 6,065.65 | $8,034.3478 | $8,034.3478 |
| **TOTAL:** | **3,503** | | **$27,527.55** | | - | | | **$0.00** | **3,503** | | **$ 10,624.46** | **$16,903.09** | **$16,903.09** |

\* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\*\* Disregarding intra-class period gains and losses.

**Loss Chart**
Losses of Charles Bouley in Aceto Corporation (ACET)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client Name** | Charles Bouley | | | | | | | | | |
| **Company Name** | Aceto Corporation | **90 Day Lookback Average** | $3.0328 | | | **LIFO Loss Total** | $12,663.74 | | | |
| **Ticker Symbol** | ACET | | | | | *Dura* LIFO Total | $12,663.74 | | | |
| **Class Period Start** | 8/25/2017 | | | | | **Shares Retained** | 2,400 | | | |
| **Class Period End** | 4/18/2018 | | | | | | | | | |

**Account 1**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2018 | 200 | $10.7721 | $2,154.4200 | | | | | | 200 | 3.032826087 | $ 606.57 | $1,547.8548 | $1,547.8548 |
| 1/26/2018 | 100 | $11.2625 | $1,126.2500 | | | | | | 100 | 3.032826087 | $ 303.28 | $822.9674 | $822.9674 |
| 1/29/2018 | 100 | $11.4660 | $1,146.6000 | | | | | | 100 | 3.032826087 | $ 303.28 | $843.3174 | $843.3174 |
| 1/30/2018 | 100 | $11.5080 | $1,150.8000 | | | | | | 100 | 3.032826087 | $ 303.28 | $847.5174 | $847.5174 |
| 2/2/2018 | 500 | $8.1361 | $4,068.0500 | | | | | | 500 | 3.032826087 | $1,516.41 | $2,551.6370 | $2,551.6370 |
| 2/7/2018 | 500 | $7.4262 | $3,713.1000 | | | | | | 500 | 3.032826087 | $1,516.41 | $2,196.6870 | $2,196.6870 |
| 3/21/2018 | 200 | $7.4210 | $1,484.2000 | | | | | | 200 | 3.032826087 | $ 606.57 | $877.6348 | $877.6348 |
| **TOTAL:** | **1,700** | | **$14,843.42** | | **-** | | | **$0.00** | **1,700** | | **$ 5,155.80** | **$9,687.62** | **$9,687.62** |

**Account 2**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/11/2018 | 500 | $7.2836 | $3,641.8000 | | | | | | 500 | 3.032826087 | $1,516.41 | $2,125.3870 | $2,125.3870 |
| **TOTAL:** | **500** | | **$3,641.80** | | **-** | | | **$0.00** | **500** | | **$ 1,516.41** | **$2,125.39** | **$2,125.39** |

**Account 3**

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/20/2018 | 200 | $7.2865 | $1,457.3000 | | | | | | 200 | 3.032826087 | $ 606.57 | $850.7348 | $850.7348 |
| **TOTAL:** | **200** | | **$1,457.30** | | **-** | | | **$0.00** | **200** | | **$ 606.57** | **$850.73** | **$850.73** |

\* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sale date; or (2) the actual sales price.
\*\* Disregarding intra-class period gains and losses.

**Loss Chart**

Losses of Stephen Cornell in Aceto Corporation (ACET)

| Client Name | Stephen Cornell | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Company Name** | Aceto Corporation | **90 Day Lookback Average** | $3.0328 | | | **LIFO Loss Total** | **$8,425.00** | | |
| **Ticker Symbol** | ACET | | | | | *Dura* **LIFO Total** | **$8,425.00** | | |
| **Class Period Start** | 8/25/2017 | | | | | **Shares Retained** | - | | |
| **Class Period End** | 4/18/2018 | | | | | | | | |

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/6/2018 | 1,000 | $7.3100 | $7,310.0000 | 4/19/2018 | 1,000 | $2.9700 | | $2,970.0000 | - | 3.032826087 | $ - | $4,340.0000 | $4,340.0000 |
| 4/9/2018 | 500 | $7.0600 | $3,530.0000 | 4/19/2018 | 500 | $2.9700 | | $1,485.0000 | - | 3.032826087 | $ - | $2,045.0000 | $2,045.0000 |
| 4/9/2018 | 500 | $7.0500 | $3,525.0000 | 4/19/2018 | 500 | $2.9700 | | $1,485.0000 | - | 3.032826087 | $ - | $2,040.0000 | $2,040.0000 |
| **TOTAL:** | **2,000** | | **$14,365.00** | | **2,000** | | | **$2,970.00** | **-** | | **$ -** | **$8,425.00** | **$8,425.00** |

* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

** Disregarding intra-class period gains and losses.