# EXHIBIT 3

**Aceto Loss Chart**
**Class Period: August 25, 2017 and April 18, 2018**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $3.05 |
| Bonine, Michael | 2/2/2018 | 40,000 | ($8.02) | ($320,800.00) | | | | | | | | |
| | 2/5/2018 | 10,000 | ($7.79) | ($77,900.00) | | | | | | | | |
| | | 50,000 | | ($398,700.00) | | | | | 50,000 | $152,500.00 | ($246,200.00) | |