**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD L. MULLIGAN JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACETO CORPORATION, SALVATORE GUCCIONE and DOUGLAS ROTH,<br><br>Defendants. | CASE No.: 2:18-cv-02425-JFB-AYS<br><br>NOTICE OF NON-OPPOSITION TO MICHAEL BONINE'S MOTION TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br>**CLASS ACTION** |
| JINCAI YANG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACETO CORPORATION, WILLIAM C. KENNALLY III, AND DOUGLAS ROTH,<br><br>Defendants. | CASE No.: 1:18-cv-02437-AMD-SJB<br><br>**CLASS ACTION** |

Lead Plaintiff Movant Michael Bonine ("Movant"), by and through his undersigned counsel, files this Notice of Non-Opposition with respect to his pending Motion to: (1) Consolidate Related Actions; (2) Appoint Lead Plaintiff; and (3) Approve Lead Plaintiff's Selection of Counsel ("Motion") filed on June 25, 2018 as Docket No. 13.

On July 9, 2018, competing lead plaintiff movants the Aceto Investor Group (comprised of Andrew Goodwin, Robert Herpst, Charles Bouley, Joseph Mun and Stephen Cornell) filed a notice of non-opposition to Bonine's Motion (Dkt. No. 18), Sunyo Suhaim withdrew his competing lead plaintiff motion (Dkt. No. 19), and Tenzin Dorji filed a notice of non-opposition to the competing lead plaintiff motions (Dkt. No. 21). On October 25, 2018, the Aceto Investor Group filed a notice of withdrawal of its lead plaintiff motion (Dkt. No. 26). On November 21, 2018, IBEW Local 98 Pension Plan ("Pension Plan") filed a notice of withdrawal of its lead plaintiff motion (Dkt. No. 27).

Accordingly, Movant's Motion is the only lead plaintiff motion currently pending. There is no opposition against Movant's Motion as the opposition previously filed by the Pension Plan has been withdrawn. In its notice of withdrawal, the Pension Plan stated that it "no longer opposes the motion of Mr. Bonine" after reviewing Bonine's submissions including his reply memorandum and "confirming additional relevant factual information with counsel for Mr. Bonine." (Dkt. No. 27).

Thus, Movant respectfully requests that the Court: (1) enter the [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff and Lead Counsel submitted as Docket No. 13-1; and (2) vacate the hearing scheduled for December 20, 2018 at 2:00 p.m.

Dated: November 26, 2018            Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of November 2018, a true and correct copy of the foregoing **NOTICE OF NON-OPPOSITION TO MICHAEL BONINE'S MOTION TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

      /s/ Phillip Kim