UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re Aceto Corporation Securities Litigation,

JUDGMENT

18-cv-2425-ERK-AYS

This Document Relates to: ALL ACTIONS
------------------------------------------------------------X

A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on August 3, 2020, granting the motion to dismiss of defendants Albert L. Eilender, Salvatore Guccione, Walter J. Kaczmarek, William C. Kennally, Rebecca A. Roof, Douglas Roth, and Frances P. Scally for failure to state a claim; and dismissing the Second Amended Complaint with prejudice; it is

ORDERED and ADJUDGED that the motion to dismiss of defendants Albert L. Eilender, Salvatore Guccione, Walter J. Kaczmarek, William C. Kennally, Rebecca A. Roof, Douglas Roth, and Frances P. Scally for failure to state a claim is granted; and that the Second Amended Complaint is dismissed with prejudice.

Dated: Brooklyn, New York
August 4, 2020

Douglas C. Palmer
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk